

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0121

October 4, 2019

**Via ECF**
Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

    Re:    SEC v. Pereira
               No. 19 Civ. 5527

Dear Judge Hall:

    We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action.

    Enclosed for the Court's consideration is a proposed partial Judgment on consent against Defendant Gino M. Pereira. Pursuant to the proposed Judgment, Mr. Pereira consents to the imposition of an injunction against future violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), and Rule 10b-5 thereunder, a permanent officer and director bar pursuant to Exchange Act Section 21(d)(2), and a penny stock bar pursuant to Exchange Act Section 21(d)(6). The proposed Judgment leaves monetary remedies for later resolution upon further consent or by the Commission's motion.

    If the proposed Judgment is acceptable to the Court, we respectfully request that the Court docket it with its Consent.

                                      Respectfully submitted,

                                      Tejal D. Shah

cc:    Peter Ginsberg, Esq.
       Sullivan & Worcester LLP
       1633 Broadway
       New York, NY 10019