

**NEW YORK REGIONAL OFFICE**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

November 4, 2021

**By ECF**

Hon. LaShann DeArcy Hall
United States District Judge
United States District Court for the
 Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re:    *SEC v. Gino M. Pereira*, 2:19-cv-05527-LDH-RML (E.D.N.Y.)

Dear Judge DeArcy Hall:

Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this status letter per the Court's Scheduling Order dated October 21, 2021.

As the Court is aware, Defendant Pereira previously consented to the entry of a Judgment against him that imposed full injunctive relief. (DE 10 (Judgment entered October 18, 2019 against Pereira).) The Judgment contemplated that resolution of the Commission's claims for monetary relief in the form of disgorgement, prejudgment interest, and civil penalties would be deferred. The Commission has now determined to forgo seeking disgorgement, prejudgment interest, and civil penalties against Pereira. Accordingly, the Commission seeks no further relief and respectfully submits that the case may be closed.

Respectfully submitted,

/s/ John O. Enright

John O. Enright
Assistant Regional Director

cc:    All counsel of record by ECF