Case 2:19-cv-05527-LDH-RML   Document 15   Filed 11/12/21   Page 1 of 1 PageID #: 50

Clerk's Office
Filed Date:
11/12/2021
U.S. DISTRICT
COURT-EDNY
BROOKLYN
OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,                    JUDGMENT

v.                                                  19-cv-5527-LDH

GINO M. PEREIRA,

                      Defendant.
----------------------------------------------------------------X

        An Order of the Honorable LaShann DeArcy Hall, United States District Judge having been filed on November 10, 2021, directing the Clerk of Court to enter final judgment; it is

        ORDERED and ADJUDGED that the Commission seeks no further relief and no claims remain to be adjudicated; and that this case is closed.

Dated: Brooklyn, New York                          Douglas C. Palmer
          November 12, 2021                          Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                               Deputy Clerk